UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BALTIC LATVIAN UNIVERSAL
ELECTRONICS, LLC,

                       Plaintiff,

         -v-

GENERAL WIRELESS OPERATIONS,
INC,

                       Defendant.

17-CV-606 (JPO)

OPINION & ORDER

---

J. Paul Oetken, United States District Judge:

    Plaintiff Baltic Latvian Universal Electronics, LLC commenced this action for breach of contract on January 26, 2017. (Dkt. No. 1.) On March 21, 2017, Defendant filed a suggestion of bankruptcy, and the Court stayed the case on July 18, 2017. (Dkt. No. 12–13.) In a status letter on September 4, 2020, Defendant's counsel notified the Court that Defendant had reportedly been liquified in the bankruptcy proceeding. (Dkt. No. 21.) The Court ordered Plaintiff to respond to the September 4, 2020 letter or the case would be dismissed. (Dkt. No. 22.)

    As of the date of this Order, Plaintiff has not responded. Accordingly, this case is dismissed for failure to prosecute.

    The Clerk is directed to close this case.

    SO ORDERED.

Dated:   September 22, 2020
           New York, New York

                                                  J. PAUL OETKEN
                                                United States District Judge